IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:92CR106 |
| | ) | |
| v. | ) | |
| | ) | |
| FRANK SKORNIAK, | ) | ORDER AND JUDGMENT |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Defendant's motion to correct clerical errors pursuant to Rule 36 of the Federal Criminal Procedure (Filing No. 624) is denied.

2) Defendant's motion for appointment of counsel and hearing (Filing No. 629) is denied.

DATED this 13th day of January, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court