IN THE UNITED STATES DISTRICT COURT

IN THE NORTHERN DISTRICT OF IOWA

```
FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

11 DEC 21  PM 2:30

OFFICE OF THE CLERK
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs | ) | RECEIPT AND ACKNOWLEDGMENT |
| | ) | |
| FRANK SKORNIAK | ) | DOCKET #: 8:92CR-00106 |
| | ) | |
| | ) | |

I, the undersigned defendant, hereby acknowledge:

1) that I understand that by judgment entered in the above captioned case I have been placed on supervision for a period of <u>five (5) years</u> commencing <u>December 2, 2011</u>;

2) that I have been provided with a written statement that sets forth all the conditions to which the term of my supervision is subject (i.e., a copy of the judgment of the Court setting forth all of those conditions) and that I have found that statement to be sufficiently clear and specific to serve as a guide for my conduct and supervision as is required;

3) that the Standard Conditions and additional conditions of my supervision have been read to me and I fully understand them; and

4) I understand that upon a finding of a violation of my supervision that the Court may (a) revoke supervision and impose a term of imprisonment upon me (b) extend the term of supervision and/or (c) modify the conditions of supervision.

_____
Raul Avalos, Jr. (Roy)
U.S. Probation Officer
Designated Witness

_____
Defendant

12-2-2011
_____
Date

Rev:3/98